IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DOUGLAS MARSHALL,

    Plaintiff,

v.                                            CASE NO. 4:08-cv-00417-MP-WCS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's emergency motion for a preliminary injunction, Doc. 12, be denied and that this case be remanded to the Magistrate for further proceedings. The Magistrate filed the Report on January 6, 2009. Plaintiff has filed objections at Doc. 26. Pursuant to 28 U.S.C. § 636(b)(1), the Court has completed a *de novo* review of those portions of the Report to which an objection has been made. Upon consideration of the motion, the Report, and the objections thereto, the Court agrees with the Magistrate that the

motion should be denied for the reasons stated in the Report.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 13, is ADOPTED and incorporated herein.

2. Plaintiff's emergency motion for a preliminary injunction, Doc. 12, is DENIED.

3. Plaintiff's request for an evidentiary hearing, contained in Plaintiff's objections, Doc. 26, is DENIED.

4. This case is remanded to the Magistrate for further proceedings.

**DONE AND ORDERED** this  *26th* day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge