IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOUGLAS MARSHALL,
a.k.a. DOUGLAS M. JACKSON,

    Plaintiff,

v.                                   CASE NO. 4:08-cv-00417-MP-WCS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## **O R D E R**

        This matter is before the Court on Doc. 44, Plaintiff's motion for an extension of time to file objections to the Report and Recommendation of the Magistrate Judge (Doc. 40), which recommends that Plaintiff's complaint be dismissed as malicious and that Plaintiff be sanctioned on the Court's own motion under Rule 11 of the Federal Rules of Civil Procedure.  For the reasons stated below, the Court will grant Plaintiff's motion and give Plaintiff an additional 60 days to respond to the Report and Recommendation.

        On March 20, 2009, the Magistrate entered a case management and scheduling order in this case.  Doc. 36.  On March 30, 2009, Plaintiff's copy of that order was returned to the Court as "undeliverable."  On April 7, 2009, the Magistrate entered an Order to Show Cause (Doc. 38), which gave Plaintiff ten days to file a notice of change of address and, more importantly, to show good cause for filing the instant action under an improper name and good cause why he should not be sanctioned.  According to the Magistrate, Plaintiff's legal name is Douglas M. Jackson, and any action brought by Plaintiff is subjected to dismissal under § 1915(g) due to Plaintiff's

accumulation of more than "three strikes" under that section. Apparently, Plaintiff has brought this action under the alias of Douglas Marshal in an attempt to disguise his true identity and avoid dismissal under § 1915(g). The Magistrate indicated that failure to comply with the order may result in dismissal of this action, in addition to sanctions. Doc. 38 at 4. Plaintiff's copy of that order was also returned to the Court as "undeliverable." Doc. 39. On May 4, 2009, the Magistrate entered the Report and Recommendation (Doc. 40).

Plaintiff has now filed a notice of change of address (Doc. 41), and he has been furnished with copies of both the Order to Show Cause and the Report and Recommendation. Plaintiff claims that he was transferred between five different prison facilities over a period of 39 days and, as a result, was unable to keep the Court informed of his whereabouts. Doc. 44 at 3-4. It does indeed appear that Plaintiff was transferred to at least two different institutions after his filing of this action. Given Plaintiff's recent transfers, and given the seriousness of the allegation that Plaintiff has attempted to commit a fraud upon this Court, the Court finds that Plaintiff's motion for an extension of time should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiff's motion for an extension of time (Doc. 44) is GRANTED. Plaintiff has until Tuesday, July 21, 2009, to file an objection to the Report and Recommendation (Doc. 40). In his objection, Plaintiff should respond to the Order to Show Cause (Doc. 38). Specifically, Plaintiff should respond to the allegation that he has brought this action under a false name in an attempt to deceive the Court and avoid dismissal of his claim under § 1915(g). **Failure to show good cause may result in dismissal of this action and sanctions under Rule 11 of the Federal Rules of Civil Procedure.**

**DONE AND ORDERED** this   *22nd* day of May, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 4:08-cv-00417-MP-WCS*